■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPH COLOZZO et al., Respondents.— Order of the Supreme Court, Kings County, dated September 26, 1967, affirmed as to all respondents except Balsamo, on the opinion of Mr. Justice RINALDI at Criminal Term (*People* v. *Colozzo*, 54 Misc 2d 687). As to respondent Balsamo, the appeal is dismissed; he has died. Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FURMAN FRANKS, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 1, 1965, dismissed. Subsequent to the rendition of the judgment from which the appeal was taken, and on January 26, 1967, defendant was resentenced *nunc pro tunc* as of December 1, 1965, as a first felony offender. The appealed judgment was therefore superseded and this appeal therefrom must be dismissed. However, we have considered the merits of the appeal and, if we were not dismissing the appeal, we would affirm the appealed judgment. Furthermore, defendant has not appealed from the superseding judgment of January 26, 1967 and his time to appeal therefrom has expired. If a timely appeal therefrom on the same grounds as contended at bar were before us, we would affirm that judgment on the merits. Christ, Acting P. J., Brennan, Rabin, Hopkins and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS H. MARTIN, Appellant.— Appeal from an order of the County Court, Westchester County, entered December 18, 1968, which denied, without a hearing, defendant's application for a writ of error *coram nobis*. Appeal held in abeyance, pending the hearing and further proceedings directed by this court in *People* v. *Martin* (32 A D 2d 927). Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.